City of Freeport, Illinois, a Municipal Corporation, Plaintiff-Appellant, v. Eva Bauch and Ferd Bauch, Defendants, Ferd Bauch, Defendant-Appellee.

Gen. No. 11,220.

Second District, First Division.
March 13, 1959.
Released for publication March 31, 1959.

John G. Garrity, City Attorney of the City of Freeport, for plaintiff-appellant; Lawrence A. Smith, and James M. Thorp, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.